ADAM GORDON
United States Attorney
KYLE B. MARTIN
Assistant U.S. Attorney
California Bar No. 267013
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619)546-7726
Email: Kyle.Martin @usdoj.gov

Attorneys for United States of America

FILED
MAY 13 2025
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY__________DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>FAUSTO ISIDRO MEZA FLORES, aka "Chapo Isidro," (1),<br>Defendant. | Case No. 19-CR-1272-WQH<br>MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT |

The United States of America, by and through its counsel, applies for an Order from the Court to unseal the indictment and arrest warrant in the above-captioned case. On April 10, 2019, the grand jury issued sealed indictment 19-CR-1272-WQH charging the defendant with International Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 959, 960, and 963; Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and Conspiracy to Launder Monetary Instruments in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), (a)(2)(B)(i) and (h). Subsequently, the Clerk of the Court issued a sealed arrest warrant for the defendant.

//

//

//

//

The defendant has been arrested and has made his initial appearance in San Diego, California. Accordingly, the United States requests an Order unsealing the indictment and arrest warrant as to Defendant 1, Fausto Isidro Meza Flores, only and filing the attached redacted Indictment on the docket.

DATED: May 12, 2025

Respectfully Submitted,

ADAM GORDON
United States Attorney

*/s Kyle B. Martin*
KYLE B. MARTIN
Assistant United States Attorney