FILED
MAY 13 2025
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FAUSTO ISIDRO MEZA FLORES,<br>aka "Chapo Isidro" (1),<br>Defendant. | Case No. 19-CR-1272-WQH<br><br>ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT |

This matter comes before the Court on the United States' motion to unseal the indictment and arrest warrant for the above-captioned defendant and file a redacted Indictment.

IT IS HEREBY ORDERED that the indictment and arrest warrant in the above-captioned case are unsealed as to Defendant 1, FAUSTO ISIDRO MEZA FLORES, only and that the Clerk's office shall file the attached redacted Indictment.

Dated: May 12, 2025.

HONORABLE STEVE B. CHU
UNITED STATES MAGISTRATE JUDGE