FILED

19 APR 10 PM 3:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>FAUSTO ISIDRO MEZA FLORES (1),<br>    aka "Chapo Isidro,"<br><br><br><br>                    Defendants. | Case No. ___19 CR 1272 WQH___<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 959, 960<br>and 963 – International<br>Conspiracy to Distribute<br>Controlled Substances, Title 21,<br>U.S.C., Secs. 959, 960 –<br>International Distribution of<br>Controlled Substances, Title 21,<br>U.S.C., Secs. 841(a)(1) and 846-<br>Conspiracy to Distribute<br>Controlled Substances; Title 18,<br>U.S.C., Sec. 1956(a)(1)(B)(i),<br>(a)(2)(B)(i) and (h) –<br>Conspiracy to Launder Monetary<br>Instruments; Title 21, U.S.C.,<br>Sec. 853 and Title 18, U.S.C.,<br>Sec. 982 – Criminal Forfeiture |

The grand jury charges:

<u>Count 1</u>

Beginning at a date unknown to the grand jury and continuing up to and including April 2019, in the countries of Mexico, Costa Rica, and elsewhere, defendants FAUSTO ISIDRO MEZA FLORES, aka "Chapo Isidro," and ████████████████████ who will first enter the United States in the Southern District of California, did knowingly and

JPJO:nlv:San Diego
4/9/19

1  intentionally conspire with each other and with others known and unknown

2  to the grand jury to distribute and cause the distribution of a

3  controlled substance, to wit: 5 kilograms and more of a mixture and

4  substance containing a detectable amount of cocaine, a Schedule II

5  Controlled Substance; intending, knowing, and having reasonable cause

6  to believe that such cocaine would be unlawfully imported into the United

7  States; all in violation of Title 21, United States Code, Sections 959,

8  960, and 963.

9                                Count 2

10     Beginning at a date unknown to the grand jury and continuing up to

11  and including April 2019, within the Southern District of California and

12  elsewhere, defendants FAUSTO ISIDRO MEZA FLORES, aka "Chapo Isidro,"

13                                        did knowingly and intentionally

14  conspire together and with each other and with others known and unknown

15  to the grand jury to possess with intent to distribute and to distribute

16  a controlled substance, to wit: 5 kilograms and more of a mixture and

17  substance containing a detectable amount of cocaine, a Schedule II

18  Controlled Substance; all in violation of Title 21 United States Code,

19  Sections 841(a)(1) and 846.

20                                Count 3

21     Beginning at a date unknown to the grand jury and continuing up to

22  and including April 2019, within the Southern District of California and

23  elsewhere, defendants FAUSTO ISIDRO MEZA FLORES, aka "Chapo Isidro,"

24                                        did knowingly combine, conspire,

25  and agree with each other and with other persons known and unknown to

26  the grand jury to commit offenses against the United States, to wit: to

27  knowingly conduct financial transactions affecting interstate commerce

28  and foreign commerce, which transactions involved the proceeds of

1  specified unlawful activity, that is, Conspiracy to Possess With Intent
2  to Distribute and to Distribute Controlled Substances in violation of
3  Title 21, United States Code, Sections 841(a)(1) and 846, knowing that
4  the transactions were designed in whole and in part to conceal and
5  disguise the nature, location, source, ownership, and control of the
6  proceeds of specified unlawful activity, and knowing that the property
7  involved in the financial transactions represented the proceeds of some
8  form of unlawful activity, in violation of Title 18, United States Code,
9  Section 1956(a)(1)(B)(i); and to transport, transmit, and transfer, a
10 monetary instrument and funds involving the proceeds of specified
11 unlawful activity, that is, Conspiracy to Possess With Intent to
12 Distribute and to Distribute Controlled Substances in violation of
13 Title 21, United States Code, Sections 841(a)(1) and 846, from a place
14 in the United States to and through a place outside the United States,
15 knowing that the funds involved in the transportation, transmission, and
16 transfer represented the proceeds of some form of unlawful activity and
17 knowing that such transportation, transmission, and transfer was
18 designed in whole and in part to conceal and disguise the nature,
19 location, source, ownership, and control of the proceeds of specified
20 unlawful activity, in violation of Title 18, United States Code,
21 Section 1956(a)(2)(B)(i); all in violation of Title 18, United States
22 Code, Section 1956(h).

23                    Criminal Forfeiture Allegations
24      1.   The allegations contained in Counts 1 through 3 are realleged
25 and by their reference fully incorporated herein for the purpose of
26 alleging forfeiture to the United States of America pursuant to the
27 provisions of Title 21, United States Code, Section 853 and Title 18,
28 United States Code, Section 982.

3

1      2.   As a result of the commission of the felony offenses alleged

2  in Counts 1 and 2 of this indictment, said violations being punishable

3  by imprisonment for more than one year and pursuant to Title 21, United

4  States Code, Sections 853(a)(1) and 853(a)(2), defendants FAUSTO ISIDRO

5  MEZA FLORES, aka "Chapo Isidro," and JORGE BARRERA LOZANO,

6  aka "Izquierdo," shall, upon conviction, forfeit to the United States

7  all their rights, title and interest in any and all property

8  constituting, or derived from, any proceeds the Defendants obtained,

9  directly or indirectly, as the result of the offenses, and any and all

10  property used or intended to be used in any manner or part to commit and

11  to facilitate the commission of the violations alleged in this

12  indictment.

13      3.   Upon conviction of the offense set forth in Count 3, defendants

14  FAUSTO ISIDRO MEZA FLORES, aka "Chapo Isidro," ███████████████

15  ███████████████ shall forfeit to the United States, all property, real

16  and personal, involved in such offense, and all property traceable to

17  such property.

18      4.   If any of the above referenced forfeitable property, as a

19  result of any act or omission of the defendants:

20      a.   cannot be located upon the exercise of due diligence;

21      b.   has been transferred or sold to, or deposited with, a third

22  party;

23      c.   has been placed beyond the jurisdiction of the Court;

24      d.   has been substantially diminished in value; or

25      e.   has been commingled with other property which cannot be

26  subdivided without difficulty;

27  //

28  //

1  it is the intent of the United States, pursuant to Title 21, United

2  States Code, Section 853(p), to seek forfeiture of any other property

3  of the defendants up to the value of the said property listed above as

4  being subject to forfeiture.

5  All in violation of Title 21, United States Code, Section 853 and

6  Title 18, United States Code, Section 982.

7       DATED:  April 10, 2019.

11  ROBERT S. BREWER, JR.
United States Attorney

13  By:

JOSHUA P. JONES
Assistant U.S. Attorney

I hereby attest and certify on __4/10/19__
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____Deputy

5